Raymond Randy GREEN *v.* STATE of Arkansas

RC 88-66                                                762 S.W.2d 389

Supreme Court of Arkansas
Opinion delivered January 9, 1989

*Davis H. Loftin,* for appellant.

No objection.

PER CURIAM. Appellant, Raymond Randy Green, by his attorney, has filed for a rule on the clerk.

His attorney, Davis Loftin, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.